# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ERIC R. MEYER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | 8:04CV498 |
| | ) | |
| **CITY OF LINCOLN, NEBRASKA,** | ) | ORDER |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

This matter is before the court on the parties' Motion and Stipulation to extend the deadline to disclose expert witnesses. Upon review of the motion,

**IT IS ORDERED** that the motion (#24) is granted as follows:

1. The deadlines set in paragraph 2 of the Final Progression Order (#20) are extended by a period of twenty-one (21) days.

2. Any attorneys fees or costs associated with this extension of time shall not be taxed to the Defendant should the Plaintiff be successful in obtaining a judgment against the Defendant.

3. Any expert witness fees incurred as a result of Plaintiff's delay in providing the expert documents, or extra costs for a "rushed" report shall not be taxed to the Defendant should the Plaintiff be successful in obtaining a judgment against the Defendant.

**DATED September 15, 2005.**

        **BY THE COURT:**

        s/ F.A. Gossett
        **United States Magistrate Judge**