## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ERIC R. MEYER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | 8:04CV498 |
| | ) | |
| **CITY OF LINCOLN, NEBRASKA,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

This matter is before the court on the parties' Motion and Stipulation to extend the deadline to disclose expert witnesses. Upon review of the motion,

**IT IS ORDERED** that the motion (#31) is granted as follows:

1. The deadlines set in paragraph 2 of the Final Progression Order [20], as extended by Order [25], are further extended by a period of thirty (30) days.

2. Any attorneys fees or costs associated with this extension of time shall not be taxed to the Defendant should the Plaintiff be successful in obtaining a judgment against the Defendant.

3. Any expert witness fees incurred as a result of Plaintiff's delay in providing the expert documents, or extra costs for a "rushed" report shall not be taxed to the Defendant should the Plaintiff be successful in obtaining a judgment against the Defendant.

**DATED November 4, 2005.**

                                               **BY THE COURT:**

                                               **s/ F.A. Gossett**
                                               **United States Magistrate Judge**