IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ERIC R. MEYER,** | ) | **CASE NO. 8:04CV498** |
| Plaintiff, | ) | |
| vs. | ) | **ORDER OF DISMISSAL** |
| **The CITY OF LINCOLN, NEBRASKA,** a Municipal Corporation, | ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' Joint Motion to Dismiss. The joint motion complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and shall be granted.

IT IS ORDERED:

1. The Joint Motion to Dismiss (Filing No. 66) is granted;

2. The Complaint and all claims in this matter are dismissed with prejudice; and

3. The parties shall pay their own costs and attorney fees unless otherwise agreed by and between them.

Dated this 2nd day of March, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge